```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOHN ADRIAN TORRES,                                                :
                                                                   :
                              Plaintiff,                           :
                                                                   :         24-cv-5323 (LJL)
            -v-                                                    :
                                                                   :            ORDER
                                                                   :
UNIVERSAL MUSIC GROUP N.V. and UNIVERSAL                           :
CITY STUDIOS LLC,                                                  :
                                                                   :
                              Defendants.                          :
                                                                   X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference with the parties on August 6, 2024. The Court ruled that discovery shall be stayed in this case pending adjudication of a motion to dismiss and any other motions Defendants wish to file by August 27, 2024. Plaintiff is directed to submit any opposition to Defendants' motions by September 17, 2024. If Plaintiff requires more time, he may submit a letter to the Court requesting additional time. Defendants' reply is due two weeks from the date on which Plaintiff serves his opposition papers.

      SO ORDERED.

Dated: August 6, 2024
       New York, New York

                                                      LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/06/2024