```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOHN ADRIAN TORRES,                                                :
                                                                   :
                Plaintiff,                                   :
                                                                   :    24-cv-5323 (LJL)
     -v-                                                          :
                                                                   :        ORDER
UNIVERSAL MUSIC GROUP N.V. and UNIVERSAL                           :
CITY STUDIOS LLC,                                                  :
                                                                   :
                Defendants.                                  :
                                                                   X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

       Plaintiff pro se John Adrian Torres has filed a document entitled "Plaintiff's Preempetive Motion for Consideration of Defendants' Prior Conduct and Plaintiff's Longstanding Association with Universal." Dkt. No. 38. The only relief sought by Plaintiff is the right to conduct discovery. *Id*. at 3–4. The Court ruled that discovery would be stayed pending a ruling on Defendants' forthcoming motion to dismiss at the conference on August 6, 2024. *See* Dkt. No. 31. Plaintiff has not identified any argument that the Court overlooked or any error committed by the Court in that ruling. The Court has authority to stay discovery upon a showing of good cause, including the breadth of discovery sought, the prejudice to the moving party, and the strength of the motion. *Hong Leong Fin. Ltd. (Sing.) v. Pinnacle Performance Ltd.*, 297 F.R.D. 69, 72 (S.D.N.Y. 2013). Defendants have shown good cause. Plaintiff also asks the Court to consider his attachments when evaluating the forthcoming motion to dismiss and to view any invocation of Rule 11 with appropriate scrutiny and to take into account his history with Defendants in considering the merits of the case. Dkt. No. 38 at 1–4. Those requests are not properly framed as ones for a court order and therefore not properly considered as a motion. *See*

Fed. R. Civ. P. 7(b) (defining a motion as a request for a court order).  Plaintiff may make those requests in a single document responding to Defendants' forthcoming re-filed motion to dismiss pursuant to the Court's order, Dkt. No. 48.  The motion at Dkt. No. 38 is therefore denied.

SO ORDERED.

Dated: September 30, 2024
New York, New York

                                       LEWIS J. LIMAN
                                       United States District Judge