```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOHN ADRIAN TORRES,                                                :
                                                                   :
                            Plaintiff,                             :
                                                                   :         24-cv-5323 (LJL)
            -v-                                                    :
                                                                   :              ORDER
UNIVERSAL MUSIC GROUP N.V. and UNIVERSAL                           :
CITY STUDIOS LLC,                                                  :
                                                                   :
                            Defendants.                            :
                                                                   X
-------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2025

LEWIS J. LIMAN, United States District Judge:

      This Order memorializes the Court's rulings at the status conference on February 27, 2025. For the reasons stated on the record, Plaintiff's motions pursuant to Federal Rule of Civil Procedure 56(d) at Dkt. No. 60 and for sanctions at Dkt. No. 64 are denied. The Court will disregard the filings at Dkt. Nos. 59, 62, 63, and 68, all of which post-date Defendants' reply brief on the motion to dismiss at Dkt. No. 57. That motion was fully submitted on October 11, 2024, and the Court will consider it on the basis of the memoranda of law and filings in support and in opposition to the motion as of that date. If Defendants' motion to dismiss is granted, the Court will give the Plaintiff 14 days from the date of the Court's order to file a motion for reconsideration. In that motion, which will be limited to 25 double-spaced pages, Plaintiff may include any arguments or information from these disregarded filings that he wishes to bring to the Court's attention. If the motion to dismiss is denied, the post-dated filings will be moot.

      The Clerk of Court is respectfully requested to close Dkt. Nos. 60 and 64.

      SO ORDERED.

Dated: February 27, 2025
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge