UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOHN ADRIAN TORRES,                                                  :
:
                     Plaintiff,                            :
:      24-cv-05323 (LJL)
     -v-                                                           :
:      ORDER
:
UNIVERSAL MUSIC GROUP N.V. ET AL,                                    :
:
                   Defendants.                         :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a status conference in this matter on October 7, 2025 in which the Pro Se Plaintiff and counsel for Defendants appeared. CJA counsel on duty appeared to confer with Plaintiff. To allow additional time for CJA counsel to confer with Plaintiff, the Court adjourns the status conference to October 30, 2025 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.


      SO ORDERED.

Dated: October 14, 2025
       New York, New York
                                                   LEWIS J. LIMAN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2025