```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOHN ADRIAN TORRES,                                                :
                                                                   :
                          Plaintiff,                               :
                                                                   :           24-cv-5323 (LJL)
            -v-                                                    :
                                                                   :              ORDER
UNIVERSAL MUSIC GROUP N.V. and UNIVERSAL                           :
CITY STUDIOS LLC,                                                  :
                                                                   :
                          Defendants.                              :
                                                                   X
-------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2025

LEWIS J. LIMAN, United States District Judge:

The Court will treat the October 30, 2025 conference as a hearing on fraud on the Court at which it will hear the testimony of the Plaintiff. The Plaintiff will testify for no more than half an hour on direct examination. Defendants may cross-examine for half an hour. The testimony and cross-examination should include all those documents, exhibits and allegations upon which Plaintiff relied in his complaint regardless whether Plaintiff continues to rely upon them. These time limits may be extended for good cause. The Court will entertain argument at a later date as to whether the record need be supplemented by any other evidence.

SO ORDERED.

Dated: October 16, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge